**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 529 MAL 2018

         Respondent                :

                                     :    Petition for Allowance of Appeal from
                                     :    the Order of the Superior Court

         v.                        :

                                     :

LAMONT CARLTON DANIEL,        :

                                     :

         Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.